LOUISIANA MACHINERY COMPANY, L.L.C.          NO. 22-C-471

VERSUS          FIFTH CIRCUIT

DON BIHM EQUIPMENT CO., INC. AND          COURT OF APPEAL
DONALD RAY BIHM

          STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

November 17, 2022

Linda Wiseman
First Deputy Clerk

**IN RE** DON BIHM EQUIPMENT CO., INC. AND DONALD RAY BIHM

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE SHAYNA BEEVERS MORVANT, DIVISION "M", NUMBER 829-350

---

Panel composed of Judges Susan M. Chehardy,
Marc E. Johnson, and Hans J. Liljeberg

## WRIT GRANTED FOR LIMITED PURPOSE; REMANDED

Relators, Don Bihm Equipment Co., Inc. and Donald Ray Bihm, seek review of the trial court's August 25, 2022 judgment that overruled their declinatory exception of improper venue in favor of Respondent, Louisiana Machinery Company, L.L.C. ("Louisiana Machinery"). In their exception, Relators sought dismissal of Respondent's action against them on the bases that: they are domiciled in West Baton Rouge Parish, and all of the business done with them was conducted in their West Baton Rouge Parish office; and, the equipment leased from Louisiana Machinery is located on the site of their West Baton Rouge Parish business, which is where the maintenance and repairs were done. Relators asserted that nothing in Louisiana Machinery's petition indicated that any transaction between the parties occurred in Jefferson Parish. Louisiana Machinery opposed the exception, arguing there was a specific transaction in Jefferson Parish whereby Relators purchased and took delivery of certain parts from Louisiana Machinery in Harvey, Louisiana.

At the hearing on the exception, Louisiana Machinery introduced an affidavit of Jason Maurin in support of their contention that venue is proper in Jefferson Parish, which was accepted by the trial court. In opposition to Louisiana Machinery's evidence, Relators offered the live testimony of Donald Bihm.[1] The trial court prohibited the introduction of Mr. Bihm's live testimony, citing noncompliance with Uniform Rules—District Courts, Rule 9.8(a).

Venue is a question of law, which is reviewed *de novo* by an appellate court. *Ameriprint, LLC v. Canon Solutions America, Inc.*, 21-94 (La. App. 5 Cir. 5/24/21),

---

[1] Relators also sought to introduce documentation, which was denied by the trial court on the basis that the documents were not certified.

--- So.3d ----, 2021WL2093283.  Evidence may be presented at a hearing on a declinatory exception.  *Id*.; La. C.C.P. art. 930.  If evidence is admitted at a hearing on a declinatory exception, the exception must be resolved on the evidence presented, rather than on the allegations in the petition.  *Id*.  For purposes of a venue exception, the allegations of the plaintiff's petition are taken as true; however, when evidence is offered at a trial on the exception, the court is not bound to accept the allegations of the petition as true.  *Id*.

La. C.C.P. art. 930 permits the presentation of evidence to support or controvert any objection pleaded.[2]  Because La. C.C.P. art. 930 allows the presentation of evidence and admissible evidence can be considered in resolving the exception of improper venue, we find that the trial court erred in prohibiting Relators' presentation of live testimony.  (*Compare*, *Burke v. Cohen*, 19-544 (La. App. 5 Cir. 5/28/20), 296 So.3d 1231, 1236, where this Court held that noncompliance with Uniform Rules—District Courts, Rule. 9.9(d) did not preclude the defendants from arguing or presenting evidence at the trial on the peremptory exception of prescription to support their position.).

Accordingly, we grant the writ application for a limited purpose, reverse the trial court's August 25, 2022 judgment that overruled the Relators' declinatory exception of improper venue, and remand the matter for further proceedings.

Gretna, Louisiana, this 17th day of November, 2022.

**MEJ**
**SMC**
**HJL**

---

[2] "The Louisiana Code of Civil Procedure takes precedence over the District Court Rules."  Uniform Rules—District Courts, Rule 9.8, Comment (a).

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



## FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **11/17/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 22-C-471

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Shayna Beevers Morvant (DISTRICT JUDGE)
Michael C. Drew (Respondent)                    Graham H. Ryan (Respondent)

### MAILED

Charles E. Griffin (Relator)
Attorney at Law
Post Office Box 1817
St. Francisville, LA 70775

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles E. Griffin
Attorney at Law
Post Office Box 1817
St. Francisville, LA 70775
22-C-471                    11-17-22

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2434 6249 3638 02

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 7110

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Tammy De Latte*

- ☐ Agent
- ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

TAMMY DeLATTE    11/22/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

SECURITY

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt